

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No. **'08 - CV - 00223**
(To be supplied by the court)

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JAN 23 2008

GREGORY C. LANGHAM
                    CLERK

JAMES D. MCDANIEL, _____, Plaintiff,

v.

JOHN SUTHERS, Colo. State Att. General,     (official capacity)

TAMARA S. RUSSELL, Jefferson County District Judge, (official capacity)

SCOTT STOREY, Jefferson County Dist. Att. , Defendant(s). (official capacity)

---

## PRISONER'S MOTION AND AFFIDAVIT
## FOR LEAVE TO PROCEED PURSUANT TO 28 U.S.C. § 1915

---

I request leave to commence this civil action without prepayment of fees or security therefor pursuant to 28 U.S.C. § 1915. In support of my request, I declare that:

1. I am unable to pay such fees or give security therefor.

2. I am entitled to redress.

3. The nature of this action is: 42 U.S.C. § 1983 civil rights complaint for injunctive relief only.

(Rev. 11/01/04)

4. My assets and their value are listed below: (attach an additional page if necessary)

   (Assets may include income from employment, rent payments, interest or dividends, pensions, annuities, life insurance payments, Social Security, Veteran's Administration benefits, disability pensions, Worker's Compensation, unemployment benefits, gifts or inheritances, cash, funds in bank accounts, real estate, stocks, bonds, notes, automobiles or other valuable property (excluding ordinary household furnishings and clothing), or any other source of income.)

   **None other than that in certified inmate account statement. See attached.**

5. Are you in imminent danger of serious physical injury?

   ___ Yes  _XX_ No  (CHECK ONE). If you answered yes, briefly explain your answer:

## DECLARATION UNDER PENALTY OF PERJURY

I declare under penalty of perjury that the information in this motion and affidavit is true and correct. *See* 28 U.S.C. § 1746; 18 U.S.C. § 1621.

Executed on  Jan. 23, 2008
                    (Date)

_____
(Prisoner's Original Signature)
James D. McDaniel, #63787

### Required Certification

You must attach to this motion and affidavit a certified copy of your trust fund account statement (or institutional equivalent) for the six-month period immediately preceding the filing of this action. You must obtain the certified copy of your trust fund account statement (or institutional equivalent) from the appropriate official of each penal institution at which you are or were confined during the six-month period.

(Rev. 11/01/04)                                          2

```
= INMATE BANKING ======= INMATE BANKING HISTORY ========== 01/18/2008 = Page  1

Account: 63787 MCDANIEL, JAMES                         LIMON CF    LCF/UNIT5
         To:From Dates   07/01/2007: 01/18/2008
==============================================================================
Trans Date     Description           Deposits    Withdrawls    Balance   Loc
----------     -----------------     --------    ----------    -------   ---
07/01/2007  BALANCE AS OF 07/01/2007                              11.67
07/11/2007  3 HOBBY SHOP SELF-EMPL      4.83                      16.50  LF
07/17/2007  Canteen Order #5249584                    5.31        11.19  LF
07/23/2007  JPAY CREDIT                50.00                      61.19  LF
07/31/2007  CHILD SUPPORT-01670413                    5.48        55.71  LF
07/31/2007  RESTITUTION-96CR1886                      5.48        50.23  LF
07/31/2007  Canteen Order #5276508                   27.83        22.40  LF
08/01/2007  POSTAGE-DEBIT                             6.59        15.81  LF
08/01/2007  POSTAGE-DEBIT                             0.82        14.99  LF
08/01/2007  POSTAGE-DEBIT                             1.82        13.17  LF
08/02/2007  3 HOBBY SHOP SELF-EMPL      5.06                      18.23  LF
08/06/2007  HOBBY-DEBIT                               1.55        16.68  LF
08/31/2007  CHILD SUPPORT-01670413                    0.51        16.17  LF
08/31/2007  RESTITUTION-96CR1886                      0.51        15.66  LF
09/10/2007  INTAKE - CREDIT LCF         0.15                      15.81  LF
09/10/2007  3 HOBBY SHOP SELF-EMPL      2.99                      18.80  LF
09/11/2007  JPAY CREDIT                45.00                      63.80  LF
09/17/2007  LIGHT BULBS DEBIT                         0.30        63.50  LF
09/28/2007  CHILD SUPPORT-01670413                    4.82        58.68  LF
09/28/2007  RESTITUTION-96CR1886                      4.82        53.86  LF
10/01/2007  3 HOBBY SHOP SELF-EMPL      4.60                      58.46  LF
10/02/2007  Canteen Order #5400040                   17.55        40.91  LF
10/09/2007  Canteen Order #5413962                   19.66        21.25  LF
10/11/2007  POSTAGE-DEBIT                             3.98        17.27  LF
10/15/2007  XEROX-DEBIT                               2.05        15.22  LF
10/15/2007  POSTAGE-DEBIT                             4.60        10.62  LF
10/15/2007  Canteen Order #5433610                    5.20         5.42  LF
10/31/2007  CHILD SUPPORT-01670413                    0.46         4.96  LF
10/31/2007  RESTITUTION-96CR1886                      0.46         4.50  LF
11/07/2007  3 HOBBY SHOP SELF-EMPL      5.29                       9.79  LF
11/14/2007  JPAY CREDIT                55.00                      64.79  LF
11/20/2007  HOBBY-DEBIT                               6.80        57.99  LF
11/30/2007  CHILD SUPPORT-01670413                    6.03        51.96  LF
11/30/2007  RESTITUTION-96CR1886                      6.03        45.93  LF
12/04/2007  Canteen Order #5528727                    7.56        38.37  LF
12/06/2007  3 HOBBY SHOP SELF-EMPL      5.06                      43.43  LF
12/19/2007  Canteen Order #5561599                   10.67        32.76  LF
12/20/2007  POSTAGE-DEBIT                             0.97        31.79  LF
12/20/2007  POSTAGE-DEBIT                             1.82        29.97  LF
12/27/2007  POSTAGE-DEBIT                             8.43        21.54  LF
12/31/2007  CHILD SUPPORT-01670413                    0.51        21.03  LF
12/31/2007  RESTITUTION-96CR1886                      0.51        20.52  LF
01/03/2008  3 HOBBY SHOP SELF-EMPL      4.83                      25.35  LF
01/08/2008  POSTAGE-DEBIT                             0.41        24.94  LF
01/08/2008  POSTAGE-DEBIT                             7.35        17.59  LF
01/08/2008  Canteen Order #5600514                    8.50         9.09  LF
01/14/2008  Canteen Order #5619368                    1.86         7.23  LF
01/16/2008  MEDICAL APPOINT                           5.00         2.23  LF
01/18/2008  BALANCE AS OF 01/18/2008                               2.23
==============================================================================
                      Total money order in hold:              0.00
                      Current balance as of 01/18/2008:       2.23
                      **Reserved/Encumbered Monies:           7.18



                      Available money as of 01/18/2008:       0.00
```

JAN 18 2008
Warden's Off