IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-00223-WDM-MEH

JAMES D. MCDANIEL,

    Plaintiff,

v.

JOHN SUTHERS and
SCOTT STOREY,

    Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, May 2, 2008.**

    At Plaintiff's Request, his Motion for Temporary restraining Order and Preliminary Injunction [Filed March 24, 2008; Docket #14] is **denied without prejudice**, based on Defendants' response that the evidence sought by Plaintiff will be held for safe keeping and will not be destroyed.