IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-00223-WDM-MEH

JAMES D. MCDANIEL,

    Plaintiff,
v.

JOHN SUTHERS, Colorado Attorney General (official capacity) and
SCOTT STOREY, Jefferson County District Attorney (official capacity),

    Defendants.

## NOTICE OF CONVERSION TO SUMMARY JUDGMENT

Defendants have filed Motions to Dismiss and have attached evidentiary materials to their respective motions [Docket ##28 & 39]. Because Defendants wish to support their Motions to Dismiss with documents outside the pleadings, it is proper to inform the parties that the Court will convert the Motion to Dismiss into a motion for summary judgment. *See David v. City & County of Denver*, 101 F.3d 1344, 1352 (10th Cir. 1996). Therefore, either party may submit any additional briefing on the Motions to Dismiss, and in such additional briefing, the Plaintiff may respond to the materials already submitted by the Defendant with any "material made pertinent to such a motion by Rule 56." Fed. R. Civ. P. 12(c). It is ORDERED that any additional briefing by either party must be submitted by **July 21, 2008**.

Dated at Denver, Colorado, this 7th day of July, 2008.

BY THE COURT:

s/ Michael E. Hegarty
Michael E. Hegarty
United States Magistrate Judge