IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-00223-WDM-MEH

JAMES D. MCDANIEL,

    Plaintiff,

v.

JOHN SUTHERS and
SCOTT STOREY,

    Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, July 18, 2008.**

    Plaintiff's Motion Requesting Order Requiring Defendants to Serve Copies of All Extrinsic Materials Attached to their Respective Motions to Dismiss [Filed July 14, 2008; Docket #55] is **granted** as specified herein. The only document attached to either motion to dismiss, on which both motions rely, is the Order of the Colorado Court of Appeals. Therefore, the Court will direct that the Clerk of the Court mail a copy of Docket #28-3 to Plaintiff with this Minute Order at the address provided on the docket.