IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
SENIOR JUDGE WALKER D. MILLER

Civil Action No. 08-cv-00223-WDM-MEH

JAMES D. MCDANIEL,

    Plaintiff,

v.

JOHN SUTHERS, Colorado Attorney General,
SCOTT STOREY, Jefferson County District Attorney,

    Defendants.
_____

**MINUTE ORDER**
_____

SENIOR JUDGE WALKER D. MILLER
Jane Trexler, Judicial Assistant/Deputy Clerk

    The following minute order is entered by Judge Walker D. Miller:

    Plaintiff's motion for clarification (doc. no. 88) is denied because this court o longer has jurisdiction.  Any motions should be filed with the Court of Appeals.

Dated:  June 22, 2009

                                            s/ Jane Trexler, Judicial Assistant