```
Court Name: U.S. District Court, Colorado
Division: 1
Receipt Number: COX058363
Cashier ID: sg
Transaction Date: 10/08/2013
Payer Name: STATE OF COLORADO
------------------------------------
PLRA CIVIL FILING FEE
 For: JAMES D MCDANIEL 63787
 Case/Party: D-COX-1-08-CV-00223A-001
 Amount:      $4.58
------------------------------------
PAPER CHECK CONVERSION
 Check/Money Order Num: 224887
 Amt Tendered:  $4.58
------------------------------------
Total Due:       $4.58
Total Tendered:  $4.58
Change Amt:      $0.00

FINAL PYMT ON APPEAL


A fee of $53.00 will be assessed on
any returned check.
```